# SPECIAL ORDERS

In this section are orders of the Court of general
interest to the bench and bar of the state.

*Order Entered August 22, 2013:*

DANIEL ADAIR V STATE OF MICHIGAN, Docket No. 302142. Pursuant to the
opinion issued concurrently with this order, the motion to expedite
consideration of objections to special master's report pursuant to MCR
7.206(E)(2) is denied as moot. Additionally, this case is referred to Special
Master Michael Warren for further proceedings consistent with the
opinion of this Court. We retain jurisdiction.

Proceedings on referral in this matter shall commence within 28 days
of the Clerk's certification of this order, and they shall be given priority
until they are concluded. As stated in the accompanying opinion,* the
Special Master shall take proofs and make factual findings regarding
plaintiff's claim that the existing appropriations do not fully fund the
necessary costs of the CEPI mandates. The proceedings before the
Special Master are limited to this issue only. The parties shall file with
this Court a copy of all pleadings and documents filed with the Special
Master. The Special Masters's findings of fact and other determinations
shall be made in a written report to be filed with this Court. Transcripts
of the proceedings before the Special Master shall be transmitted to this
Court within 21 days after the issuance of the Special Master's report.
The parties shall have 21 days from the filing of the transcripts in which
to file objections to the Special Master's report. The objections shall be
accompanied by a supporting brief and exhibits. Answers to the objec-
tions made by opposing parties shall be filed within 14 days of the filing
of the objections.

*Order Entered October 1, 2013:*

OSHTEMO CHARTER TOWNSHIP V KALAMAZOO COUNTY ROAD COMMISSION,
Docket No. 304986. The Court orders that the motion for reconsideration
is granted, and this court's opinion issued June 25, 2013, is hereby
vacated. A new opinion** is attached to this order. The parties are advised
that only the last paragraph of the opinion has been altered.

---

* Reported at 302 Mich App 305—REPORTER.

** Reported at 302 Mich App 574—REPORTER.